**E-Filing**

1  MERRILL F. STORMS, JR. (Bar No. 78333)
   AMY E. BECKSTEAD (Bar No. 216422)
2  DLA PIPER RUDNICK GRAY CARY US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.3526
4  Fax: 619.699.2701

5  Attorneys for Defendant
   RECREATIONAL EQUIPMENT, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   KRISTEN TRUBEY, an individual,         CASE NO. C-05-02243 VRW
12
               Plaintiff,                 **STIPULATION FOR ORDER DISMISSING**
13                                         **ACTION WITH PREJUDICE**
          v.
14                                         Courtroom: 6
   RECREATIONAL EQUIPMENT, INC., a         Judge:     Hon. Vaughn R. Walker
15 Washington corporation, and Does 1
   through 10, inclusive,
16
               Defendants.
17

18

19

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

GT\6452223.1
350856-17

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE
C 05-02243 VRW

1    IT IS HEREBY STIPULATED by and between Plaintiff Kristen Trubey and Defendant

2    Recreational Equipment, Inc., through their respective counsel, that the Court may enter an order

3    dismissing with prejudice the above-captioned action in its entirety, pursuant to Rule 41(a)(2) of

4    the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs of

5    suit.

6        IT IS SO STIPULATED.

7    Dated: July 24, 2005

8                                             VENARDI * ELAM, LLP

9                                             By

10                                               MARK L. VENARDI
                                                 Attorney for Plaintiff
11                                               KRISTEN TRUBEY

12   Dated: August 25, 2005

13                                           DLA PIPER RUDNICK GRAY CARY US LLP

14

15                                           By

16                                             MERRILL F. STORMS, JR.
                                               AMY E. BECKSTEAD
17                                             Attorneys for Defendant
                                               RECREATIONAL EQUIPMENT, INC.

18

19                                           **ORDER**

20
        Pursuant to the stipulation of the parties, the Court hereby orders the above-captioned
21
     matter dismissed with prejudice. Each party is to bear their own costs and attorneys' fees.
22
        IT IS SO ORDERED.
23

24   Dated: _____, 2005

25                                           HON. VAUGHN R. WALKER
                                             United States District Chief Judge
26

27

28
                                         -2-
DLA PIPER RUDNICK
GRAY CARY US LLP

GT\6452223.1
350856-17

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE
C 05-02243 VRW